IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WILLIAM HAWKINS, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 1:23-CV-73(LAG) |
| | * |
| GREAT WEST CASUALTY COMPANY, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendant.

This 15th day of March, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk